IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 06-30024-DRH |
| ) | |
| DENNIS FOSTER, ) | Title 29 |
| ) | United States Code |
| Defendant. ) | Section 501 ( c ) |

**FILED FEB 23 2006 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS**

## INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### EMBEZZLEMENT

A.  INTRODUCTION

At all times relevant to the Indictment:

1.  Boilermakers Local Lodge #S-60 (hereinafter referred to as Lodge #S-60) is a union representing employees of Peerless Premier Corporation in Belleville, Illinois.

2.  Defendant, **DENNIS FOSTER**, was the elected Secretary-Treasurer of Lodge #S-60 from 1999 until his resignation in July, 2005. Defendant, **DENNIS FOSTER**'s duties as the Secretary-Treasurer including maintaining Lodge #S-60 checking account, paying taxes, and writing checks for legitimate Lodge expenses. Defendant, **DENNIS FOSTER** received $176.00 per quarter for his services to the lodge. Defendant, **DENNIS FOSTER** was also authorized to be reimbursed for expenses such as office supplies and stamps.

B.   EMBEZZLEMENT FROM A LABOR ORGANIZATION

   3.   From on or about January 24, 2002 and continuing through at least November 26, 2004, in St. Clair County, within the Southern District of Illinois,

**DENNIS FOSTER,**

defendant herein, as an employee and officer of Boilermakers Local Lodge #S-60, a Labor organization engaged in an industry affecting commerce, did embezzle and unlawfully convert to his own use the moneys, funds and assets of Lodge #S-60.

   4.   It was part of this scheme and beginning in 2002, after the President signed the check, Defendant, **DENNIS FOSTER** changed the amount of the check and overpaid himself. Additionally, Defendant, **DENNIS FOSTER** began to write checks to himself for unauthorized and unearned monies from the Union account. Defendant, **DENNIS FOSTER** did not have the President approve the checks.

   5.   Defendant, **DENNIS FOSTER** cashed these checks and obtained $5,680.27 of unearned Union money. Defendant, **DENNIS FOSTER** used these falsely obtained funds for personal expenses and purchases.

All in violation of Title 29, United States Code, Section 501 ( c).

A TRUE BILL

_____
FOREPERSON

_____
JENNIFER HUDSON
Assistant United States Attorney


_____
EDWARD McNALLY
United States Attorney


Recommended Bond: $10,000 Unsecured