IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

**DENNIS FOSTER,**

    **Defendant.**    Case No. 06-cr-30024-DRH

## ORDER

**HERNDON, District Judge:**

Upon the Government's Motion for Restitution (Doc. 22) in this matter, filed subsequent to Defendant's sentencing, it has been determined that the remaining amount of restitution due and owing from Defendant to the victim is **$2,948.21**. Defendant does not object to this amount. Therefore, said Motion (Doc. 22) is **GRANTED**. Said restitution shall be due and payable immediately, however if defendant Foster is unable to pay said amount immediately, any amount that remains unpaid shall became become a condition of his probation and he shall make payments in the amount of $100.00 per month or 10% of his net monthly income, whichever is greater. The restitution shall be paid to the Clerk of the United States District Court. The Clerk will then distribute said restitution to the Boilermakers

Local S-60, Belleville, Illinois 62221.

The Clerk shall enter a revised judgment of conviction against defendant Foster including the remaining amount of restitution.

**IT IS SO ORDERED.**

Signed this 31st day of October, 2006.

<u>/s/        David   RHerndon</u>
**United States District Judge**